

GOLAN CHRISTIE TAGLIA LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GCT.LAW

Writer's Direct Dial: 312-696-1220

**Robert R. Benjamin**
rrbenjamin@gct.law

April 27, 2023

*Via First Class Mail*
*Via Electronic Mail*
Norman B. Newman
Raines Feldman LLP
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602
nnewman@raineslaw.com

      Re:    *Katarzyna Dziekanik, Chapter 7 Bankruptcy*
              Bankruptcy Case No.:    23 B 02566
              GCT File No.:             9682.001

Dear Mr. Newman:

    I am writing regarding my client Chapter 7 Debtor Katarzyna Dziekanik. Her Petition was filed on February 27, 2023 and is known as case number 23-0256 pending in the U.S. Bankruptcy Court for the Northern District of Illinois. You were appointed Trustee and conducted the §341 Meeting on April 5, 2023. The Meeting has now been adjourned.

    Debtor Dziekanik is the 50% owner of the studio unit commonly described as Wlodkowica 8/41, 31-452, Krakow Poland. Based upon comparables previously provided to you and the detailed estimated expenses to make repairs to the premises previously provided to you, Ms. Dziekanik has agreed to purchase the Trustee's right, title, and interest in her 50% interest for $14,000.00 subject to all liens, claims and encumbrances and the Debtor's waiver of any exemption claim she might have in the proceeds paid to the Trustee.

    Kindly proceed with your Motion to approve the sale.

                                 Very truly yours,

                                 **GOLAN CHRISTIE TAGLIA LLP**

                                 Robert R. Benjamin

RRB:al

cc:    Katarzyna Dziekanik