**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  KATARZYNA DZIEKANIK             §   Case No. 23-02566
                                        §
                                        §
                                        §
           Debtor(s)                    §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/27/2023. The undersigned trustee was appointed on 02/27/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          20,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 253.83 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1] | $         19,746.17 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/12/2023 and the deadline for filing governmental claims was 08/26/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/29/2024          By: /s/ Norman B. Newman
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 23-02566 | | Trustee Name: | (330270) Norman B. Newman |
| --- | --- | --- | --- | --- |
| Case Name: | KATARZYNA DZIEKANIK | | Date Filed (f) or Converted (c): | 02/27/2023 (f) |
| | | | § 341(a) Meeting Date: | 04/05/2023 |
| For Period Ending: | 02/29/2024 | | Claims Bar Date: | 09/12/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Real Property-Island Lake, Illiois<br>Debtor agreed to waive her exemption (See Order entered 5-31-23) | 457,100.00 | 29,523.01 | | 6,000.00 | FA |
| 2 | Real Property-Krakow Poland | 80,000.00 | 80,000.00 | | 14,000.00 | FA |
| 3 | CARS -  BMW X5- 2018 | 44,900.00 | 0.00 | | 0.00 | FA |
| 4 | CARS- Volvo Tractor Truck - 2007 | 5,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | CARS- Lexus GX 460 - 2021 | 40,950.00 | 629.05 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 2,500.00 | | 0.00 | FA |
| 7 | ELECTRONICS | 500.00 | 500.00 | | 0.00 | FA |
| 8 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 9 | JEWELRY | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | NON-FARM ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 11 | DEPOSITS OF MONEY-CHECKING | 6,209.00 | 2,209.00 | | 0.00 | FA |
| 12 | INTEREST-IN-PARTNERSHIPS- HENZ TRANSPORT GROUP INC. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | INTEREST_IN_PARTNERSHIPS-LAXMI LEASING CO. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | INTEREST-IN-PARTNERSHIPS-  M&K TRUCKING USA INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | RETIREMENT OR PENSION ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 16 | TRUSTS EQUITABLE - THE KATARZYNA DZIEKANIK REVOCABLE TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 17 | LICENCES, FRANCHISES-DRIVER'S LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Assets Totals (Excluding unknown values) | $639,159.00 | $117,361.06 | | $20,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Sold interest in real estate located in Island Lake, IL and Krakow Poland.  Set claims bar date.

| Initial Projected Date Of Final Report (TFR): | 11/30/2023 | Current Projected Date Of Final Report (TFR): | 11/30/2023 |
| --- | --- | --- | --- |

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 23-02566 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | KATARZYNA DZIEKANIK | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******9682 Checking |
| For Period Ending: | 02/29/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/23 | {2} | Libertyville Bank & Trust Co. | Funds received for Krakow Poland Real Estate | 1110-000 | 14,000.00 | | 14,000.00 |
| 06/05/23 | {1} | Libertyville Bank & Trust Co. | Funds Received for Island Lake Real Estate | 1110-000 | 6,000.00 | | 20,000.00 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 25.64 | 19,974.36 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.94 | 19,943.42 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.16 | 19,908.26 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.84 | 19,877.42 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.98 | 19,843.44 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.80 | 19,811.64 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.69 | 19,780.95 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.78 | 19,746.17 |
| | | **COLUMN TOTALS** | | | 20,000.00 | 253.83 | $19,746.17 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 20,000.00 | 253.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$20,000.00** | **$253.83** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-02566 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | KATARZYNA DZIEKANIK | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4881 | **Account #:** | ******9682 Checking |
| **For Period Ending:** | 02/29/2024 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $20,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $20,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9682 Checking | $20,000.00 | $253.83 | $19,746.17 |
| | **$20,000.00** | **$253.83** | **$19,746.17** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Norman B. Newman<br>30 N. LaSalle Street<br>SUITE 3100<br>CHICAGO, IL 60602<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/05/23 | | $2,750.00<br>$2,750.00 | $0.00 | $2,750.00 |
| MC | Miller Cooper & Co. , Ltd.<br>1751 Lake Cook Road<br>Suite 400<br>Deerfield, IL 60015-5286<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>02/14/24 | | $5,274.50<br>$5,274.50 | $0.00 | $5,274.50 |
| RFL-E | Raines Feldman Littrell LLP<br>30 N. LaSalle Street<br>Suite 3100<br>CHICAGO, IL 60602<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>02/23/24 | | $74.88<br>$74.88 | $0.00 | $74.88 |
| RFL-F | Raines Feldman Littrell LLP<br>30 N. LaSalle Street<br>Suite 3100<br>CHICAGO, IL 60602<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>02/14/24 | | $8,500.00<br>$8,500.00 | $0.00 | $8,500.00 |
| | American Express<br>PO Box 96001<br>Los Angeles, CA 90096<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | American Express<br>PO Box 96001<br>Los Angeles, CA 90096<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | American Express<br>PO Box 96001<br>Los Angeles, CA 90096<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Apple Card<br>Goldman Sachs Bank USA<br>Lockbox 6112, P.O. Box 7247<br>Philadelphia, PA 19170<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Atlas SN Leasing<br>2520 Devon Ave.<br>Elk Grove Village, IL 60007<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | BMO Transportation Finance<br>P.O. Box 71951<br>Chicago, IL 60694<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | BMO Transportation Finance<br>PO Box 3040<br>Cedar Rapids, IA 52406<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | BNSF Railway Co.<br>c/o Modestas Law Offices<br>401 S. Frontage Rd., Ste. C<br>Burr Ridge, IL 60527<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Banc of America Leasing & Capital<br>3030 Cross Creek Pkwy.<br>Auburn Hills,  48326<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | COFC Logistics, LLC<br>7015 Spring Meadows West Dr.<br>Suite 202<br>Holland, OH 43528<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | CRE South 25th Associates LLC<br>c/o Lightstone<br>1985 Cedar Bridge Avenue, Suite 1<br>Lakewood, NJ 08701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Channel Partners Capital<br>11100 Wayzata Blvd. #305<br>Minnetonka, MN 55305<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase Bank<br>Mail Code OH1-1272<br>340. S. Cleveland Ave., Bldg. 370<br>Westerville, OH 43081<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Cubework<br>218 Machlin Ct.<br>Walnut, CA 91789<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dennis Patterson<br>c/o Madison Law Group<br>1111 Santa Monica Blvd., Ste. 100<br>Los Angeles, CA 91025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Direct Chassislink, Inc<br>PO Box 603061<br>Charlotte, NC 28273<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | EFS LLC<br>1104 Country Hills Drive<br>6th Floor<br>Ogden, UT 84403<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Expo Propane<br>PO Box 2845<br>Pomona, CA 91769<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Ferrellgas<br>PO Box 173940<br>Denver, CO 80217<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | First Citizens Bank & Trust Company<br>DAC-36<br>PO Box 25187<br>Raleigh, NC 27611<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Fleet One<br>c/o Greenberg, Grant & Richards<br>PO Box 571811<br>Houston, TX 77257<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Great American Insurance Company<br>301 E. 4th Street<br>Cincinnati, OH 45202<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Hankook Tire America Corp.<br>333 Commerce Street, Suite 600<br>Nashville, TN 37201<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | JPMorgan Chase Bank, NA<br>5606 W. Montrose Ave.<br>Chicago, IL 60634<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Lightstream<br>PO Box 117320<br>Atlanta, GA 30368<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | McKinney Vehicle Services Inc.<br>c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Mitsubishi HC Capital America<br>21925 Network Place<br>Chicago, IL 60673<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Nellson Neutraceutical, LLC<br>c/o Thompson Hine LLP<br>1919 M Street, N.W., Suite 700<br>Washington, DC 20036<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Netcorp<br>PO Box 6340<br>Broadview, IL 60155<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northwestern Medicine<br>PO Box 4090<br>Carol Stream, IL 60197<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Old National Bank<br>P.O. Box 3728<br>Evansville, IN 47736<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Osco Incorporated<br>PO Box 698<br>Minooka, IL 60447<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | PayPal<br>Synchrony Bank<br>P.O. Box 965003<br>Orlando, FL 32896<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 7

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Pomp's Tire Service, Inc. PO Box 88697 Milwaukee, WI 53288 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Porter Billing Services, LLC PO Box 398 Birmingham, AL 35201 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Transportation Alliance Bank Inc. 4185 Harrison Blvd. Ogden, UT 84403 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | U.S. Bank Equipment Finance PO Box 790448 Saint Louis, MO 63179 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Verizon PO Box 489 Newark, NJ 07101 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Verizon Connect Fleet USA LLC 5055 North Point Pkwy Alpharetta, GA 30022 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Volvo Financial Services P.O. Box 26131 Greensboro, NC 27402 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 10/16/23 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 8

# Exhibit C

## Analysis of Claims Register

**Case: 23-02566 KATARZYNA DZIEKANIK**

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Volvo Financial Services<br>P.O. Box 26131<br>Greensboro, NC 27402<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Wells Fargo Equipment Finance<br>PO Box 858178<br>Minneapolis, MN 55485<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | BMO Harris Bank N.A.<br>P.O. Box 71951<br>Chicago, IL 606941951<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/21/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Doc. #39 | 09/19/2023 | Withdrawal of Claim Nos. 1 (BMO Harris Bank N.A.) (webclaimusr) | | | | | |
| 2 | Transportation Alliance Bank Inc.<br>4185 Harrison Blvd.<br>Ogden, UT 84403<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/18/23 |  | $216,569.72<br>$216,569.72 | $0.00 | $216,569.72 |
| 3 | Old National Bank<br>Ed Mihlfeld<br>300 E. Kirkwood Ave.<br>Bloomington, IN 47408<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/14/23 |  | $114,488.71<br>$114,488.71 | $0.00 | $114,488.71 |
| 4 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/29/23 |  | $42,178.10<br>$42,178.10 | $0.00 | $42,178.10 |

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | JPMorgan Chase Bank, N.A. JP Morgan Chase Bank, N.A. PO Box 15368 Wilmington, DE 19850 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/03/23 | | $53,795.69 $53,795.69 | $0.00 | $53,795.69 |
| 6 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/17/23 | | $7,689.25 $7,689.25 | $0.00 | $7,689.25 |
| 7 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/19/23 | | $19,433.25 $19,433.25 | $0.00 | $19,433.25 |
| 8 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/19/23 | | $3,674.30 $3,674.30 | $0.00 | $3,674.30 |
| 9 | LightStream, a division of Truist Bank LightStream, a division of Trust Bank P.O. Box 117320 Atlanta, GA 30368-7320 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/24/23 | | $92,472.57 $92,472.57 | $0.00 | $92,472.57 |
| 10 | Volvo Financial Services, a division of VFS US LLC attn: Bankruptcy Group PO BOX 26131 Greensboro, NC 27402 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/07/23 | | $21,459.43 $21,459.43 | $0.00 | $21,459.43 |

Page: 10

# Exhibit C

## Analysis of Claims Register

### Case: 23-02566 KATARZYNA DZIEKANIK

Claims Bar Date: 09/12/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Jefferson Capital Systems LLC<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/12/23 | | $880.38<br>$880.38 | $0.00 | $880.38 |
| 12 | Cuba Trans Inc.<br>1244 Hunters Ridge E<br>Hoffman Estate, 60192<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Doc. #44 \| 11/01/2023 \| Withdrawal of Claim(s): 12 Filed by Saulius Modestas on behalf of Cuba Trans, Inc., Piotr Krupa. (Modestas, Saulius) | | | | | |
| 13 | First-Citzens Bank & Turst Co.<br>c/o Carla Maddox<br>FCB Mail Code DAC36, 100 E. Tryon Road<br>Raleigh, NC 27603<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/12/24 | | $42,322.29<br>$42,322.29 | $0.00 | $42,322.29 |
| | | | Case Total: | | $0.00 | $631,563.07 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-02566
Case Name: KATARZYNA DZIEKANIK
Trustee Name: Norman B. Newman

**Balance on hand:** $ 19,746.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,746.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee Fees - Raines Feldman Littrell LLP | 8,500.00 | 0.00 | 8,500.00 |
| Accountant for Trustee, Fees - Miller Cooper & Co. , Ltd. | 5,274.50 | 0.00 | 5,274.50 |
| Attorney for Trustee, Expenses - Raines Feldman Littrell LLP | 74.88 | 0.00 | 74.88 |

Total to be paid for chapter 7 administrative expenses: $ 16,599.38
Remaining balance: $ 3,146.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,146.79

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,146.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $614,963.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO Harris Bank N.A. | 0.00 | 0.00 | 0.00 |
| 2 | Transportation Alliance Bank Inc. | 216,569.72 | 0.00 | 1,108.20 |
| 3 | Old National Bank | 114,488.71 | 0.00 | 585.84 |
| 4 | JPMorgan Chase Bank, N.A. | 42,178.10 | 0.00 | 215.83 |
| 5 | JPMorgan Chase Bank, N.A. | 53,795.69 | 0.00 | 275.27 |
| 6 | American Express National Bank | 7,689.25 | 0.00 | 39.35 |
| 7 | American Express National Bank | 19,433.25 | 0.00 | 99.44 |
| 8 | American Express National Bank | 3,674.30 | 0.00 | 18.80 |
| 9 | LightStream, a division of Truist Bank | 92,472.57 | 0.00 | 473.19 |
| 10 | Volvo Financial Services, a division of VFS US LLC | 21,459.43 | 0.00 | 109.81 |
| 11 | Jefferson Capital Systems LLC | 880.38 | 0.00 | 4.50 |
| 12 | Cuba Trans Inc. | 0.00 | 0.00 | 0.00 |
| 13 | First-Citzens Bank & Turst Co. | 42,322.29 | 0.00 | 216.56 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,146.79 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**