UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: KATARZYNA DZIEKANIK | § § § § | Case No. 23-02566 |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Norman B. Newman</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

This motion will be presented and heard either in Courtroom 644 or electronically using Zoom for Government. All parties in interest, including the movant may appear for the presentment either in person or electronically using Zoom for Government. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the Court's web site.

The electronic/telephonic hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, March 27, 2024, before the Honorable David D. Cleary or any other judge sitting in that judge's place. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/29/2024                              By: /s/ Norman B. Newman
                                                              Trustee

Norman B. Newman
30 N. LaSalle Street
SUITE 3100
CHICAGO, IL 60602
(312) 704-2170

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KATARZYNA DZIEKANIK | § § § § | Case No. 23-02566 |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of:* | $ | 20,000.00 |
| *and approved disbursements of:* | $ | 253.83 |
| *leaving a balance on hand of[1]:* | $ | 19,746.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---:|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 19,746.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Norman B. Newman | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee Fees - Raines Feldman Littrell LLP | 8,500.00 | 0.00 | 8,500.00 |
| Attorney for Trustee, Expenses - Raines Feldman Littrell LLP | 74.88 | 0.00 | 74.88 |
| Accountant for Trustee, Fees - Miller Cooper & Co., Ltd. | 5,274.50 | 0.00 | 5,274.50 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 16,599.38 |
| Remaining balance: | $ | 3,146.79 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,146.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,146.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $614,963.69 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO Harris Bank N.A. | 0.00 | 0.00 | 0.00 |
| 2 | Transportation Alliance Bank Inc. | 216,569.72 | 0.00 | 1,108.20 |
| 3 | Old National Bank | 114,488.71 | 0.00 | 585.84 |
| 4 | JPMorgan Chase Bank, N.A. | 42,178.10 | 0.00 | 215.83 |
| 5 | JPMorgan Chase Bank, N.A. | 53,795.69 | 0.00 | 275.27 |
| 6 | American Express National Bank | 7,689.25 | 0.00 | 39.35 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | American Express National Bank | 19,433.25 | 0.00 | 99.44 |
| 8 | American Express National Bank | 3,674.30 | 0.00 | 18.80 |
| 9 | LightStream, a division of Truist Bank | 92,472.57 | 0.00 | 473.19 |
| 10 | Volvo Financial Services, a division of VFS US LLC | 21,459.43 | 0.00 | 109.81 |
| 11 | Jefferson Capital Systems LLC | 880.38 | 0.00 | 4.50 |
| 12 | Cuba Trans Inc. | 0.00 | 0.00 | 0.00 |
| 13 | First-Citzens Bank & Turst Co. | 42,322.29 | 0.00 | 216.56 |

Total to be paid for timely general unsecured claims: $ 3,146.79
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| None |
|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

Total to be paid for subordinated claims:  $          0.00
Remaining balance:                          $          0.00

Prepared By: /s/ Norman B. Newman
Trustee

Norman B. Newman
30 N. LaSalle Street
SUITE 3100
CHICAGO, IL 60602
(312) 704-2170

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on February 29, 2024, he served a copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) on all parties listed below by depositing same in the U.S. Mail from 30 N. LaSalle Street, Suite 3100, Chicago, Illinois 60602.

| | |
|---|---|
| Office of the U.S. Trustee<br>219 S. Dearborn Street, 8th Floor<br>Chicago, IL 60604 | Robert R. Benjamin<br>Golan Christie Taglia, LLP<br>70 W Madison Street, Suite 1500<br>Chicago, IL 60602 |
| BMO Harris Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids, IA 52406 | Transportation Alliance Bank Inc.<br>4185 Harrison Blvd.<br>Ogden, UT 84403 |
| Old National Bank<br>First Midwest Bank, nka Old National Ban<br>c/o Jacobs & Pinta<br>77 W. Washington Street, Suite 1005<br>Chicago, IL 60602 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | LightStream, a division of Trust Bank<br>PO Box 1847<br>Wilson, NC 27894 |
| Volvo Financial Services, a division of VFS US LLC<br>attn: Bankruptcy Group<br>PO BOX 26131<br>Greensboro, NC 27402 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Cuba Trans Inc.<br>c/o Piotr Krupa, Registered Agent<br>1244 Hunters Ridge E<br>Hoffman Estates, IL 60192 | First-Citizens Bank & Trust Company<br>c/o Carla Maddox<br>FCB Mail Code DAC36, 100 E. Tryon Road<br>Raleigh, NC 27603 |

10125883.1